# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Case:

Francis, Jacqueline – 1:20-cv-01004

_____

### ORDER ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF JACQUELINE FRANCIS' CASE PURSUANT TO CMO-28

This matter is before the court on Defendants' Motion for Judgment in Plaintiff Jacqueline Francis' Case Pursuant to CMO-28, filed on July 23, 2025. Plaintiff's 15-day response deadline has passed, and more than 20 days have passed since the Cook Defendants filed their motion. Pursuant to Paragraph 7 of CMO-28, the court **GRANTS** the Cook's Defendants' Motion (Filing No. 26942) and **DISMISSES** Plaintiff's case **WITH PREJUDICE**.

**IT IS SO ORDERED** this 17th day of September 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.